IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff

v.

TINA PETERSON,

Defendant.                                    No. 06-CR-30138-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Attorney John D. Stobbs II — attorney for Defendant Tina Peterson — to withdraw in this case due to a potential conflict of interest. (Doc. 142.) Being fully advised in the premises, the Court **GRANTS** Attorney Stobbs' motion. (Doc. 142.) Further, the Court notes that Attorney Stephen R. Welby entered his appearance for Defendant Tina Peterson on November 20, 2006 .

**IT IS SO ORDERED**.

Signed this 27th day of November, 2006.


/s/         David   RHerndon
**United States District Judge**